Electronically Filed - Jackson - Independence - May 13, 2020 - 01:33 PM

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT INDEPEDENCE**

| | | |
|---|---|---|
| BENJAMIN A. CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| FEDEX GROUND PACKAGING | ) | |
| SYSTEMS, INC. | ) | |
| Serve Registered Agent: | ) | |
| The Corporation Company | ) | Case No. |
| 120 S. Central Ave. | ) | |
| Clayton, MO 63105 | ) | Division |
| | ) | |
| and | ) | |
| | ) | |
| JAMES PETRIK | ) | |
| 2316 Sumter Court | ) | |
| Leavenworth, KS 66048 | ) | |
| | ) | |
| Defendants. | ) | |

**PETITION FOR DAMAGES**

COMES NOW, Plaintiff Benjamin Clark, by and through counsel of record, and for his cause of action against Defendants FedEx Ground Packaging Systems, Inc. and James Petrik hereby states and alleges as follows:

1.      Plaintiff Benjamin Clark is a resident of Jackson County, Missouri.

2.      Defendant James Petrik ("Petrik") is a resident of Leavenworth County, Kansas who at all times material hereto was the agent, servant and employee of FedEx Ground and was under and subject to the control of FedEx Ground at the time of the events which form the basis of this action.

3.      FedEx Ground Package Systems, Inc., ("FedEx") is a Pennsylvania corporation, duly registered to do business in the state of Missouri with its registered agent for service of process The Corporation Company, 120 South Central Avenue, St. Louis, MO 63108.

Case 4:20-cv-00517-BCW   Document 1-1   Filed 06/26/20   Page 1 of 29

**EXHIBIT A**

4.      Defendant FedEx at all times material hereto was a "motor carrier" and "employer" of drivers of "commercial motor vehicles" as these terms are used and defined in the Federal Motor Carrier Safety Regulations and is subject to such rules and regulations as promulgated and codified within 49 CFR Parts 390 *et seq.*

5.      The Federal Regulations cited above were at all times material hereto adopted and enforced by the State of Missouri as standards and laws of the State pursuant to RSMo § 390.201.

6.      Jurisdiction and venue are proper in this Court pursuant to RSMo. § 508.010(4) which provides that venue shall be in the county where Plaintiff was first injured in the State of Missouri.

7.      On or about July 26, 2017 at approximately 1435 hours, Defendant James Petrik was operating a FedEx Ground tractor and double trailer (the "subject tractor-trailer") traveling southbound on U.S. Highway I-470 in the right lane of traffic just south of the I-70 in Independence, Missouri.

8.      At all times material hereto, the subject tractor-trailer was owned by or leased to Defendant FedEx Ground, and Defendant FedEx Ground had the right to exclusive possession, control and use of the subject tractor-trailer.

9.      At all times material hereto, the subject tractor-trailer was a "commercial motor vehicle" under 49 C.F.R. § 390.5, and operated under the motor carrier authority of Defendant FedEx Ground.  At all times material hereto the subject tractor-trailer bore the placard of Defendant FedEx Ground and displayed Defendant FedEx Ground's name and operating authority numbers DOT 265752 and MC 179059.

2

10.     At all times material hereto James Petrik operated the subject tractor-trailer with the knowledge, consent and permission of Defendant FedEx Ground.

11.     On or about July 26, 2017 at approximately 1435 hours, Plaintiff was the driver a white 2002 Toyota Highlander traveling southbound on U.S. Highway I-470 in the left lane of traffic just south of I-70 in Independence, Missouri.

12.     At said time and date, the subject tractor-trailer operated by James Petrik suddenly and without warning began to change lanes into the left travel lane of U.S. Highway I-470 which was already occupied by Plaintiff.

13.     Defendant James Petrik failed to yield the right-of-way to Plaintiff and struck Plaintiff's vehicle with his tractor-trailer.

14.     As a direct and proximate result of the collision, Plaintiff sustained serious physical injuries.

15.     Plaintiff has made a demand for settlement that entitles him to prejudgment interest under the Missouri Prejudgment Interest Statute, RSMo § 408.040.

## COUNT I - NEGLIGENCE

16.     Plaintiff incorporates all preceding paragraphs as though fully set forth herein.

17.     On July 26, 2017, while utilizing the public roadway, Defendants James Petrik and FedEx Ground owed to Plaintiff a duty to operate the subject tractor-trailer unit under their control using the highest degree of care and in a careful, prudent, and lawful manner so as not to injure, maim, or harm Plaintiff.

18.     Defendant James Petrik failed to exercise the highest degree of care and was negligent and reckless in the operation of his motor vehicle, and operated, managed, and

3

controlled the same negligently and carelessly in one or more of the following respects, causing

his vehicle to collide with Plaintiff's vehicle:

a) In failing to keep a careful lookout;

b) In driving too fast for conditions and circumstances;

c) In failing to stop, swerve, or slow and swerve after he knew, or by use of the highest degree of care could have known, that there was a reasonable likelihood of a collision;

d) In failing to keep the subject tractor-trailer under control and allowing it to travel into and strike the vehicle operated by Plaintiff;

e) In permitting the subject tractor-trailer to collide with the side Plaintiff's vehicle;

f) In failing to check all mirrors for any obstruction or hazard prior to changing lanes:

g) In failing to signal and/or warn other drivers on the road, including Plaintiff, that he was merging onto the left-hand lane;

h) In operating the commercial vehicle in a fatigued and impaired condition; and

i) In all other aspects revealed through the course of discovery.

19.   Defendant FedEx Ground was negligent, careless, and reckless in at least the

following respects:

a) In hiring Defendant James Petrik, an individual who it knew or should have known had inadequate experience, training, knowledge and skill to safely operate and maintain the subject tractor-trailer;

b) in entrusting the subject tractor-trailer to an individual it knew or should have known had inadequate experience, training, knowledge and skill to safely operate the vehicle;

c) In entrusting the subject tractor-trailer to an individual who it knew or should have known had exhibited a pattern of negligence, incompetence and recklessness and operation of commercial motor vehicles;

4

d)  In failing to adequately train, entrust, and supervise Defendant James Petrik concerning the safe operation of the subject tractor-trailer; and

e)  In all other aspects revealed through the course of discovery.

20.   At the time Defendant James Petrik was operating the subject tractor-trailer and caused this collision, he knew, or in the exercise of ordinary care should have known, that his conduct was outrageous and created a high risk of probability of injury to others and thereby showed willful and wanton disregard for the safety of others including Plaintiff, thereby entitling Plaintiff to an award of punitive damages.

21.   At the time of the occurrence as alleged herein, Defendant FedEx Ground knew or in the exercise of ordinary care should have known that its conduct and that of its employees and agents was outrageous and created a high degree of probability of injury to others and thereby showed willful and wanton disregard for the safety of others, including Plaintiff, and yet permitted such conduct, thereby entitling Plaintiff to an award of punitive damages.

22.   As a direct and proximate consequence of the acts, omissions and conduct of the Defendants as set out herein, Plaintiff sustained serious physical injuries including, but not limited to his head, brain, neck, shoulders, arms, back, knees and body as a whole.  Furthermore, Plaintiff has been forced to incur medical expenses in the care and treatment of his injuries and will in the future, for the remainder of his life, incur medical expenses in an amount as yet undetermined. Furthermore, Plaintiff has experienced pain and suffering and the loss of enjoyment of life and will in the future experience pain and suffering and the loss of enjoyment of life and all of the injuries are severe, permanent and disabling.

WHEREFORE, Plaintiff respectfully requests judgment against Defendants, jointly and severally, and each of them, acting by and through the other for such damages that a jury determines to be fair and reasonable, for both actual and punitive damages, together with pre-

judgment interest as provided by RSMo § 408.040, for costs incurred in the prosecution of this

case and for such other further relief as the Court deems just and proper.

**COUNT II – NEGLIGENCE *PER SE***

23.     Plaintiff incorporates all preceding paragraphs as though fully set forth herein.

24.     Defendant James Petrik and Defendant FedEx Ground were negligent *per se* in

violating certain Missouri statutes which were enacted for the benefit of Plaintiff and others

traveling on Missouri public roadways, including:

a)  RSMo. § 304.012 which requires motor vehicle operators to exercise the highest degree of care and to drive the vehicle in a careful and prudent manner and at a rate of speed so as to not endanger the property, life, or limb of others;

b)  RSMo. § 304.014, which requires motor vehicle operators to observe and comply with the rules of the road;

c)  RSMo. § 304.015, which requires motor vehicle operators to drive in a single lane of traffic and not move from such lane until he has first ascertained that such a movement can be made with safety;

d)  RSMo. § 304.015, which requires motor vehicle operators driving upon a highway with two or more lanes of traffic proceeding in the same directions to drive in the right-hand lane;

e)  RSMo. § 304.019, which requires motor vehicle operators to signal other drivers on the road prior to turning or changing lanes;

f)  49 C.F.R. Part 390 pertaining to the safe operation by a motor carrier, the training, supervision and duties of motor carriers and their employees, and to aiding and abetting violations of the rules and regulations;

g)  49 C.F.R. § 390.3(e)(l), which requires Defendant FedEx Ground to be knowledgeable of and comply with all regulations applicable to it and requires it to instruct every driver and employee with regard to all applicable regulations;

h)  49 C.F.R. § 391.11 prohibiting a person from driving a commercial motor vehicle unless he/she is qualified to drive a commercial motor vehicle;

6

> i) 49C.F.R. § 392.3 which prohibits the operation of a commercial motor vehicle when the operator is too ill or fatigued to drive safely; and
>
> j) 49 C.F.R. part 395 which prohibits a driver from operating a commercial motor vehicle after the driver has reached the maximum hours of service.

25. Plaintiff was within the class of persons intended to be protected by the Missouri statutes and federal regulations which were alleged to have been violated by Defendants.

26. The injuries sustained by plaintiff were the type of injuries that the Missouri statutes and federal regulations were designed to prevent.

27. At the time Defendant James Petrik was operating the subject tractor-trailer and cause this collision, he knew, or in the exercise of ordinary care should have known, that his conduct was outrageous and created a high risk of probability of injury to others and thereby showed willful and wanton disregard for the safety of others including Plaintiff, thereby entitling Plaintiff to an award of punitive damages.

28. At the time of the occurrence as alleged herein, Defendant FedEx Ground knew or in the exercise of ordinary care should have known that its conduct and that of its employees and agents was outrageous and created a high degree of probability of injury to others and thereby showed willful and wanton disregard for the safety of others, including Plaintiff, and yet permitted such conduct, thereby entitling Plaintiff to an award of punitive damages.

29. As a direct and proximate consequence of the acts, omissions and conduct of the Defendants as set out herein, Plaintiff sustained serious physical injuries including, but not limited to his head, brain, neck, shoulders, arms, back, knees and body as a whole. Furthermore, Plaintiff has been forced to incur medical expenses in the care and treatment of his injuries and will in the future, for the remainder of his life, incur medical expenses in an amount as yet

undetermined. Furthermore, Plaintiff has experienced pain and suffering and the loss of enjoyment of life and will in the future experience pain and suffering and the loss of enjoyment of life and all of the injuries are severe, permanent and disabling.

WHEREFORE, Plaintiff respectfully requests judgment against Defendants, jointly and severally, and each of them, acting by and through the other for such damages that a jury determines to be fair and reasonable, for both actual and punitive damages, together with pre-judgment interest as provided by RSMo § 408.040, for costs incurred in the prosecution of this case and for such other further relief as the Court deems just and proper.

## DEMAND FOR TRIAL BY JURY

Pursuant to Mo. Const. Art. I. § 22(a), Plaintiff demands a trial by jury on all issues so triable in this matter.

Respectfully submitted,

KANSAS CITY ACCIDENT
INJURY ATTORNEYS

*/s/ James E. Brady, III*
_____
James M. Roswold, KS # 16468
James E. Brady, III, KS # 78383
510 Walnut St., Ste. 100
Kansas City, MO  64106
P: (816) 471-5111
F: (816) 359-3163
*james@kcaccidentattorneys.com*
*jim@kcaccidentattorneys.com*
ATTORNEYS FOR PLAINTIFF

8

Electronically Filed - Jackson - Independence - May 13, 2020 - 01:33 PM

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT INDEPENDENCE

| | | |
|---|---|---|
| BENJAMIN A. CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. |
| | ) | Division |
| FEDEX GROUND PACKING | ) | |
| SYSTEMS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR APPOINTMENT OF PRIVATE PROCESS SERVER**

COMES NOW Plaintiff, by and through counsel, and pursuant to Local Rule 4.9 of Jackson County Court

Rules, hereby moves for the appointment of HPS Process Service & Investigations, Inc.:

| | | | |
|---|---|---|---|
| Will Acree | PPS20-0275 | William Caputo | PPS20-0299 |
| Jan Adams | PPS20-0276 | Kyle Carter | PPS20-0023 |
| Roger Adams | PPS20-0277 | Charles Casey | PPS20-0300 |
| Randy Adkins | PPS20-0225 | George Castillo | PPS20-0301 |
| Bobby Ali | PPS20-0278 | Fidel A Cervantes | PPS20-0302 |
| Gregory Allen | PPS20-0279 | Trenia Cherry | PPS20-0303 |
| Victor Aponte | PPS20-0280 | Joyce Clemmons | PPS20-0304 |
| Brandon Aschenbrenner | PPS20-0281 | John Clor | PPS20-0305 |
| Julia Ascorra | PPS20-0282 | Kathleen Clor | PPS20-0306 |
| Teresa Bailly | PPS20-0283 | Chad Compton | PPS20-0307 |
| Joseph Baska | PPS20-0284 | Kenneth V Condrey | PPS20-0308 |
| Robert Bassler | PPS20-0578 | Sharon R Condrey | PPS20-0309 |
| Carrington Bell | PPS20-0012 | Theodore Cordasco | PPS20-0310 |
| George Bell | PPS20-0286 | Cesar Corral | PPS20-0311 |
| Carlos Bialet | PPS20-0579 | George H Covert | PPS20-0312 |
| Dianna Blea | PPS20-0287 | Dennis Dahlberg | PPS20-0026 |
| Richard J Blea | PPS20-0288 | Mary Dahlberg | PPS20-0027 |
| Robert Blixt | PPS20-0289 | Patricia Dambach-Cirko | PPS20-0313 |
| Brent Bohnhoff | PPS20-0014 | Bert Daniels, Jr. | PPS20-0028 |
| Ann Bollino | PPS20-0291 | Alterck Davenport | PPS20-0314 |
| Donnie C Briley | PPS20-0292 | Richard Davis | PPS20-0029 |
| Kathy Broom | PPS20-0293 | Duane D Day | PPS20-0315 |
| Kenneth Brown | PPS20-0294 | Gerald R Deadwyles | PPS20-0316 |
| Douglas S Brower | PPS20-0580 | Bryce Dearborn | PPS20-0317 |
| Hester Bryant | PPS20-0019 | Robert DeLacy, Jr. | PPS20-0318 |
| Nicholas Bull | PPS20-0020 | Robert E DeLacy, III | PPS20-0319 |
| James F Burke | PPS20-0296 | Kathleen Dnunno | PPS20-0320 |
| Randy Burrow | PPS20-0021 | Marrissa Doan | PPS20-0034 |
| Gory Burt | PPS20-0022 | Claudia Dohn | PPS20-0321 |
| Maurice Burton | PPS20-0298 | Dale Dorning | PPS20-0322 |
| Steve Butcher | PPS20-0581 | Valentina Dorning | PPS20-0323 |

| Name | Case Number | Name | Case Number |
|---|---|---|---|
| Catherine Drake | PPS20-0324 | Gary F Hodges | PPS20-0363 |
| Alex Duaine | PPS20-0325 | Alex Holland | PPS20-0057 |
| Roland Duff | PPS20-0326 | Leonard Horseman | PPS20-0364 |
| Rochelle D Earthrise | PPS20-0327 | Ulonda Howard | PPS20-0365 |
| Daniel Eberle | PPS20-0328 | Martin Hueckel | PPS20-0366 |
| Shawn Edwards | PPS20-0035 | Damion Hugher | PPS20-0367 |
| Jessica Ellison | PPS20-0330 | William Humble | PPS20-0590 |
| Abel Emiru | PPS20-0331 | Mary Hurley | PPS20-0058 |
| Donald C Eskra, Jr. | PPS20-0332 | George Illidge | PPS20-0368 |
| Leticia Estrada | PPS20-0333 | Frank James | PPS20-0369 |
| David S Felter | PPS20-0334 | Matthew Jankowski | PPS20-0370 |
| William Ferrell | PPS20-0037 | Betty Johnson | PPS20-0059 |
| Robert Finley | PPS20-0335 | Edward Johnson | PPS20-0060 |
| Stephen Folcher | PPS20-0336 | James Johnson | PPS20-0061 |
| Ryan D Fortune | PPS20-0337 | Jordan Johnson | PPS20-0372 |
| Chris Fowler | PPS20-0338 | Justin L Johnson | PPS20-0373 |
| James Frago | PPS20-0038 | Randy Johnson | PPS20-0374 |
| John Frago | PPS20-0039 | Samuel Johnson | PPS20-0375 |
| Kelsey Garrett | PPS20-0582 | Haile Kahssu | PPS20-0376 |
| Thomas Garrett | PPS20-0339 | Kenneth Kearney | PPS20-0377 |
| Andrew Garza | PPS20-0041 | Michael Keating | PPS20-0378 |
| Charles Gay | PPS20-0340 | Christopher Keilbart | PPS20-0591 |
| Richard Gerber | PPS20-0341 | Elizabeth A Kidd | PPS20-0379 |
| Louis Gerrick | PPS20-0342 | Donna Jo King | PPS20-0371 |
| Paul Gizel | PPS20-0343 | Kenneth Klewicki | PPS20-0380 |
| Ronda Godard | PPS20-0344 | George Kotsiras | PPS20-0592 |
| Adam Golden | PPS20-0345 | Wyman Kroft | PPS20-0381 |
| Bradley Gordon | PPS20-0042 | Jo Ann Lane | PPS20-0382 |
| Tom Gorgone | PPS20-0044 | Linda Langville | PPS20-0593 |
| Paul O Grimes | PPS20-0348 | Eric B Layton | PPS20-0383 |
| Charles Gunning | PPS20-0046 | Kristie Lewis | PPS20-0384 |
| Aloysivs Guy, Sr. | PPS20-0583 | John D Lichtenegger | PPS20-0385 |
| David Hahn | PPS20-0584 | Bert Lott | PPS20-0386 |
| Eric Hahn | PPS20-0585 | Robert Lutren | PPS20-0387 |
| Stefanie Hahn | PPS20-0586 | Daniel Maglothin | PPS20-0069 |
| Darnell Hamilton | PPS20-0143 | Matthews J Manlich | PPS20-0388 |
| Kimberly Hamilton | PPS20-0351 | Robert Manning | PPS20-0389 |
| Natalie Hawks | PPS20-0050 | Deborah Martin | PPS20-0072 |
| Larry Haynes | PPS20-0352 | Michael Martin | PPS20-0073 |
| Douglas Hays | PPS20-0051 | Ryan Martin | PPS20-0193 |
| Grace Hazell | PPS20-0353 | Susie Martin | PPS20-0390 |
| Richard Heimerich, Jr. | PPS20-0354 | Thomas Matthews | PPS20-0391 |
| Stephen Heitz | PPS20-0052 | Casey McKee | PPS20-0076 |
| Charles Helms | PPS20-0356 | Michael McMahon | PPS20-0392 |
| Austen Hendrickson | PPS20-0357 | Michael Meade | PPS20-0393 |
| Jonathan Hennings | PPS20-0358 | Michael Meador | PPS20-0077 |
| Jesse J Hernandez | PPS20-0359 | Kenny Medlin | PPS20-0078 |
| Michael Hibler | PPS20-0360 | Arsalan Memon | PPS20-0396 |
| Anthonio Hightower | PPS20-0361 | Eric Mendenhall | PPS20-0397 |
| Cherrell Hindsman | PPS20-0362 | John Meraccui | PPS20-0398 |
| James Hise | PPS20-0054 | Matthew Millhollin | PPS20-0081 |

| | | | | |
|---|---|---|---|---|
| Carla M Monehain | PPS20-0400 | | Jeroy Robinson | PPS20-0441 |
| Carlos Moreno | PPS20-0401 | | Sammie Robinson | PPS20-0108 |
| Michael S Morrison | PPS20-0402 | | Adrienne Rodriguez | PPS20-0442 |
| Zachary P. Mueller | PPS20-0596 | | Gabriel Rodriguez | PPS20-0443 |
| Kelly Murski | PPS20-0403 | | Mateo F Rodriguez | PPS20-0444 |
| Andrew Myers | PPS20-0087 | | Richard C Ross | PPS20-0445 |
| Frederick Myers | PPS20-0088 | | Melissa Ruiz | PPS20-0446 |
| James Myers | PPS20-0089 | | Antonio Ruque | PPS20-0447 |
| Stephanie Myers | PPS20-0090 | | Geena Christine Rupp | PPS20-0599 |
| Paul Nardizzi | PPS20-0404 | | Edna Russell | PPS20-0110 |
| Wendy Neff | PPS20-0405 | | Lee H Russell | PPS20-0448 |
| Christopher New | PPS20-0091 | | Mark A Russell | PPS20-0449 |
| Jillian Newkirk | PPS20-0406 | | John Sadler | PPS20-0450 |
| Jeremy Nicholas | PPS20-0092 | | Ligno Sanchez | PPS20-0451 |
| Michael Noble | PPS20-0093 | | Virginia Saxon-Ford | PPS20-0452 |
| Michael C Nolon | PPS20-0409 | | Greg Schermerhorn | PPS20-0453 |
| Colter Norris | PPS20-0410 | | Brenda Schiwitz | PPS20-0111 |
| Dennis Norris | PPS20-0411 | | Michael Schuller | PPS20-0454 |
| Kody Norris | PPS20-0412 | | Nathaniel Scott | PPS20-0455 |
| Trinity Olson | PPS20-0413 | | Grant Selvey | PPS20-0600 |
| Craig Palmer | PPS20-0414 | | Quratulain Shoukat | PPS20-0456 |
| Cynthia Paris | PPS20-0415 | | Jeremy Small | PPS20-0457 |
| Douglas W Patterson | PPS20-0416 | | Monica Smith | PPS20-0458 |
| Antonio Perez | PPS20-0417 | | Anthony Spada | PPS20-0459 |
| Jaron Perkins | PPS20-0418 | | Melissa Spencer | PPS20-0460 |
| Anha Pham | PPS20-0419 | | Jamie Stallo | PPS20-0461 |
| Thai Pham | PPS20-0420 | | Marc A Starks | PPS20-0462 |
| Bonnie Phillippi | PPS20-0597 | | Barbara Steil | PPS20-0463 |
| Gregory Piazza | PPS20-0421 | | Kelvin Stinyard | PPS20-0464 |
| Vincent A Piazza | PPS20-0422 | | Randy Stone | PPS20-0117 |
| Brian T Pierce | PPS20-0423 | | Sonja Stone | PPS20-0118 |
| Timothy Pinney | PPS20-0424 | | Steven Stosur | PPS20-0465 |
| Joshua Pitts | PPS20-0425 | | Robert T Stover | PPS20-0006 |
| Craig Podgurski | PPS20-0598 | | Jeanie Straessler | PPS20-0466 |
| Rocellious Pope | PPS20-0426 | | Chance Strawser | PPS20-0467 |
| Nancy A Porter | PPS20-0427 | | David Taliaferro | PPS20-0119 |
| Andre Powell | PPS20-0428 | | Ramona Rose Talvacchio | PPS20-0468 |
| Benjamin Purses | PPS20-0429 | | Katherina M Tan | PPS20-0469 |
| Richard Ramirez | PPS20-0430 | | Berhane Tassaw | PPS20-0470 |
| Charles Reardon | PPS20-0431 | | Michael Taylor | PPS20-0120 |
| Derek L Reddick | PPS20-0432 | | Courtney S. Thiemann | PPS20-0601 |
| Angela Reed | PPS20-0433 | | Robert Hayes Thomas | PPS20-0602 |
| Christopher Reed | PPS20-0434 | | Walter Thomas | PPS20-0603 |
| Edward Reed | PPS20-0435 | | William Wyatt Thomas | PPS20-0604 |
| Betty G Rice | PPS20-0436 | | Christina Tiffany | PPS20-0471 |
| Karen L Rice | PPS20-0437 | | Stephen M Troutz | PPS20-0472 |
| Cheryl Richey | PPS20-0439 | | Clinton Turpen | PPS20-0473 |
| Terri Richards | PPS20-0106 | | Henry J Valladares Cruz | PPS20-0474 |
| Debra Rios | PPS20-0440 | | Margarita Vasquez | PPS20-0475 |
| David R Roberts | PPS20-0206 | | Hubert Votaw | PPS20-0476 |
| Patricia Roberts | PPS20-0207 | | Bradley Votaw | PPS20-0477 |

Electronically Filed - Jackson - Independence - May 13, 2020 - 01:33 PM

| | | | | |
|---|---|---|---|---|
| Joseph T Wachowski | PPS20-0478 | | Conni Wilson | PPS20-0131 |
| Ambiko Wallace | PPS20-0479 | | Deborah A Wilson | PPS20-0484 |
| Vance M Warren, Sr. | PPS20-0480 | | Jerry Wilson | PPS20-0132 |
| Barbara West | PPS20-0481 | | Mitchell Wirth | PPS20-0485 |
| Pamela K Wheetley | PPS20-0007 | | Debra Woodhouse | PPS20-0133 |
| Jennifer White | PPS20-0482 | | Jerry Wooten | PPS20-0487 |
| Gregory Willing | PPS20-0130 | | Kimary Ann Zappia | PPS20-0606 |

as private process servers in the above-captioned matter.  In support of said motion, Plaintiff states that the above-named individuals are on the Court's list of approved process servers and the information contained in their applications and affidavits on file is current and still correct.

      Respectfully submitted:

      KANSAS CITY ACCIDENT
      INJURY ATTORNEYS

      /s/ James E. Brady, III
      James M. Roswold, MO Bar No. 41053
      James E. Brady, III, Mo Bar No. 62310
      510 Walnut Street, Suite 100
      Kansas City, Missouri 64106
      (816) 471-5111
      Fax: (816) 359-3163
      james@kcaccidentattorneys.com
      jim@kcaccidentattorneys.com
      ATTORNEYS FOR PLAINTIFF

**2016-CV11902**

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT INDEPENDENCE

| | | |
|---|---|---|
| BENJAMIN A. CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. |
| | ) | Division |
| FEDEX GROUND PACKING | ) | |
| SYSTEMS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER FOR APPOINTMENT OF PRIVATE PROCESS SERVER**

It is hereby ordered that Plaintiff's Motion for Appointment of Private Process Server is sustained and the

above named individuals are hereby appointed to serve process in the above captioned matter.

| Name | PPS No. | Name | PPS No. |
|---|---|---|---|
| Will Acree | PPS20-0275 | Steve Butcher | PPS20-0581 |
| Jan Adams | PPS20-0276 | William Caputo | PPS20-0299 |
| Roger Adams | PPS20-0277 | Kyle Carter | PPS20-0023 |
| Randy Adkins | PPS20-0225 | Charles Casey | PPS20-0300 |
| Bobby Ali | PPS20-0278 | George Castillo | PPS20-0301 |
| Gregory Allen | PPS20-0279 | Fidel A Cervantes | PPS20-0302 |
| Victor Aponte | PPS20-0280 | Trenia Cherry | PPS20-0303 |
| | | Joyce Clemmons | PPS20-0304 |
| Brandon Aschenbrenner | PPS20-0281 | John Clor | PPS20-0305 |
| Julia Ascorra | PPS20-0282 | Kathleen Clor | PPS20-0306 |
| Teresa Bailly | PPS20-0283 | Chad Compton | PPS20-0307 |
| Joseph Baska | PPS20-0284 | Kenneth V Condrey | PPS20-0308 |
| Robert Bassler | PPS20-0578 | Sharon R Condrey | PPS20-0309 |
| Carrington Bell | PPS20-0012 | Theodore Cordasco | PPS20-0310 |
| George Bell | PPS20-0286 | Cesar Corral | PPS20-0311 |
| Carlos Bialet | PPS20-0579 | George H Covert | PPS20-0312 |
| Dianna Blea | PPS20-0287 | Dennis Dahlberg | PPS20-0026 |
| Richard J Blea | PPS20-0288 | Mary Dahlberg | PPS20-0027 |
| Robert Blixt | PPS20-0289 | Patricia Dambach-Cirko | PPS20-0313 |
| Brent Bohnhoff | PPS20-0014 | Bert Daniels, Jr. | PPS20-0028 |
| Ann Bollino | PPS20-0291 | Alterck Davenport | PPS20-0314 |
| Donnie C Briley | PPS20-0292 | Richard Davis | PPS20-0029 |
| Kathy Broom | PPS20-0293 | Duane D Day | PPS20-0315 |
| Kenneth Brown | PPS20-0294 | Gerald R Deadwyles | PPS20-0316 |
| Douglas S Brower | PPS20-0580 | Bryce Dearborn | PPS20-0317 |
| Hester Bryant | PPS20-0019 | Robert DeLacy, Jr. | PPS20-0318 |
| Nicholas Bull | PPS20-0020 | Robert E DeLacy, III | PPS20-0319 |
| James F Burke | PPS20-0296 | Kathleen Dnunno | PPS20-0320 |
| Randy Burrow | PPS20-0021 | Marrissa Doan | PPS20-0034 |
| Gory Burt | PPS20-0022 | Claudia Dohn | PPS20-0321 |
| Maurice Burton | PPS20-0298 | Dale Dorning | PPS20-0322 |

| | | | | |
|---|---|---|---|---|
| Valentina Dorning | PPS20-0323 | | James Hise | PPS20-0054 |
| Catherine Drake | PPS20-0324 | | Gary F Hodges | PPS20-0363 |
| Alex Duaine | PPS20-0325 | | Alex Holland | PPS20-0057 |
| Roland Duff | PPS20-0326 | | Leonard Horseman | PPS20-0364 |
| Rochelle D Earthrise | PPS20-0327 | | Ulonda Howard | PPS20-0365 |
| Daniel Eberle | PPS20-0328 | | Martin Hueckel | PPS20-0366 |
| Shawn Edwards | PPS20-0035 | | Damion Hugher | PPS20-0367 |
| Jessica Ellison | PPS20-0330 | | William Humble | PPS20-0590 |
| Abel Emiru | PPS20-0331 | | Mary Hurley | PPS20-0058 |
| Donald C Eskra, Jr. | PPS20-0332 | | George Illidge | PPS20-0368 |
| Leticia Estrada | PPS20-0333 | | Frank James | PPS20-0369 |
| David S Felter | PPS20-0334 | | Matthew Jankowski | PPS20-0370 |
| William Ferrell | PPS20-0037 | | Betty Johnson | PPS20-0059 |
| Robert Finley | PPS20-0335 | | Edward Johnson | PPS20-0060 |
| Stephen Folcher | PPS20-0336 | | James Johnson | PPS20-0061 |
| Ryan D Fortune | PPS20-0337 | | Jordan Johnson | PPS20-0372 |
| Chris Fowler | PPS20-0338 | | Justin L Johnson | PPS20-0373 |
| James Frago | PPS20-0038 | | Randy Johnson | PPS20-0374 |
| John Frago | PPS20-0039 | | Samuel Johnson | PPS20-0375 |
| Kelsey Garrett | PPS20-0582 | | Haile Kahssu | PPS20-0376 |
| Thomas Garrett | PPS20-0339 | | Kenneth Kearney | PPS20-0377 |
| Andrew Garza | PPS20-0041 | | Michael Keating | PPS20-0378 |
| Charles Gay | PPS20-0340 | | Christopher Keilbart | PPS20-0591 |
| Richard Gerber | PPS20-0341 | | Elizabeth A Kidd | PPS20-0379 |
| Louis Gerrick | PPS20-0342 | | Donna Jo King | PPS20-0371 |
| Paul Gizel | PPS20-0343 | | Kenneth Klewicki | PPS20-0380 |
| Ronda Godard | PPS20-0344 | | George Kotsiras | PPS20-0592 |
| Adam Golden | PPS20-0345 | | Wyman Kroft | PPS20-0381 |
| Bradley Gordon | PPS20-0042 | | Jo Ann Lane | PPS20-0382 |
| Tom Gorgone | PPS20-0044 | | Linda Langville | PPS20-0593 |
| Paul O Grimes | PPS20-0348 | | Eric B Layton | PPS20-0383 |
| Charles Gunning | PPS20-0046 | | Kristie Lewis | PPS20-0384 |
| Aloysivs Guy, Sr. | PPS20-0583 | | John D Lichtenegger | PPS20-0385 |
| David Hahn | PPS20-0584 | | Bert Lott | PPS20-0386 |
| Eric Hahn | PPS20-0585 | | Robert Lutren | PPS20-0387 |
| Stefanie Hahn | PPS20-0586 | | Daniel Maglothin | PPS20-0069 |
| Darnell Hamilton | PPS20-0143 | | Matthews J Manlich | PPS20-0388 |
| Kimberly Hamilton | PPS20-0351 | | Robert Manning | PPS20-0389 |
| Natalie Hawks | PPS20-0050 | | Deborah Martin | PPS20-0072 |
| Larry Haynes | PPS20-0352 | | Michael Martin | PPS20-0073 |
| Douglas Hays | PPS20-0051 | | Ryan Martin | PPS20-0193 |
| Grace Hazell | PPS20-0353 | | Susie Martin | PPS20-0390 |
| Richard Heimerich, Jr. | PPS20-0354 | | Thomas Matthews | PPS20-0391 |
| Stephen Heitz | PPS20-0052 | | Casey McKee | PPS20-0076 |
| Charles Helms | PPS20-0356 | | Michael McMahon | PPS20-0392 |
| Austen Hendrickson | PPS20-0357 | | Michael Meade | PPS20-0393 |
| Jonathan Hennings | PPS20-0358 | | Michael Meador | PPS20-0077 |
| Jesse J Hernandez | PPS20-0359 | | Kenny Medlin | PPS20-0078 |
| Michael Hibler | PPS20-0360 | | Arsalan Memon | PPS20-0396 |
| Anthony Hickey | PPS20-0361 | | Elie Meridan | PPS20-0397 |
| Cherrod T Hindsman | PPS20-0362 | | Jenna Mendoza | PPS20-0398 |

| | | | | |
|---|---|---|---|---|
| Matthew Millhollin | PPS20-0081 | | Patricia Roberts | PPS20-0207 |
| Carla M Monehain | PPS20-0400 | | Jeroy Robinson | PPS20-0441 |
| Carlos Moreno | PPS20-0401 | | Sammie Robinson | PPS20-0108 |
| Michael S Morrison | PPS20-0402 | | Adrienne Rodriguez | PPS20-0442 |
| Zachary P. Mueller | PPS20-0596 | | Gabriel Rodriguez | PPS20-0443 |
| Kelly Murski | PPS20-0403 | | Mateo F Rodriguez | PPS20-0444 |
| Andrew Myers | PPS20-0087 | | Richard C Ross | PPS20-0445 |
| Frederick Myers | PPS20-0088 | | Melissa Ruiz | PPS20-0446 |
| James Myers | PPS20-0089 | | Antonio Ruque | PPS20-0447 |
| Stephanie Myers | PPS20-0090 | | Geena Christine Rupp | PPS20-0599 |
| Paul Nardizzi | PPS20-0404 | | Edna Russell | PPS20-0110 |
| Wendy Neff | PPS20-0405 | | Lee H Russell | PPS20-0448 |
| Christopher New | PPS20-0091 | | Mark A Russell | PPS20-0449 |
| Jillian Newkirk | PPS20-0406 | | John Sadler | PPS20-0450 |
| Jeremy Nicholas | PPS20-0092 | | Ligno Sanchez | PPS20-0451 |
| Michael Noble | PPS20-0093 | | Virginia Saxon-Ford | PPS20-0452 |
| Michael C Nolon | PPS20-0409 | | Greg Schermerhorn | PPS20-0453 |
| Colter Norris | PPS20-0410 | | Brenda Schiwitz | PPS20-0111 |
| Dennis Norris | PPS20-0411 | | Michael Schuller | PPS20-0454 |
| Kody Norris | PPS20-0412 | | Nathaniel Scott | PPS20-0455 |
| Trinity Olson | PPS20-0413 | | Grant Selvey | PPS20-0600 |
| Craig Palmer | PPS20-0414 | | Quratulain Shoukat | PPS20-0456 |
| Cynthia Paris | PPS20-0415 | | Jeremy Small | PPS20-0457 |
| Douglas W Patterson | PPS20-0416 | | Monica Smith | PPS20-0458 |
| Antonio Perez | PPS20-0417 | | Anthony Spada | PPS20-0459 |
| Jaron Perkins | PPS20-0418 | | Melissa Spencer | PPS20-0460 |
| Anha Pham | PPS20-0419 | | Jamie Stallo | PPS20-0461 |
| Thai Pham | PPS20-0420 | | Marc A Starks | PPS20-0462 |
| Bonnie Phillippi | PPS20-0597 | | Barbara Steil | PPS20-0463 |
| Gregory Piazza | PPS20-0421 | | Kelvin Stinyard | PPS20-0464 |
| Vincent A Piazza | PPS20-0422 | | Randy Stone | PPS20-0117 |
| Brian T Pierce | PPS20-0423 | | Sonja Stone | PPS20-0118 |
| Timothy Pinney | PPS20-0424 | | Steven Stosur | PPS20-0465 |
| Joshua Pitts | PPS20-0425 | | Robert T Stover | PPS20-0006 |
| Craig Podgurski | PPS20-0598 | | Jeanie Straessler | PPS20-0466 |
| Rocellious Pope | PPS20-0426 | | Chance Strawser | PPS20-0467 |
| Nancy A Porter | PPS20-0427 | | David Taliaferro | PPS20-0119 |
| Andre Powell | PPS20-0428 | | Ramona Rose Talvacchio | PPS20-0468 |
| Benjamin Purses | PPS20-0429 | | Katherina M Tan | PPS20-0469 |
| Richard Ramirez | PPS20-0430 | | Berhane Tassaw | PPS20-0470 |
| Charles Reardon | PPS20-0431 | | Michael Taylor | PPS20-0120 |
| Derek L Reddick | PPS20-0432 | | Courtney S. Thiemann | PPS20-0601 |
| Angela Reed | PPS20-0433 | | Robert Hayes Thomas | PPS20-0602 |
| Christopher Reed | PPS20-0434 | | Walter Thomas | PPS20-0603 |
| Edward Reed | PPS20-0435 | | William Wyatt Thomas | PPS20-0604 |
| Betty G Rice | PPS20-0436 | | Christina Tiffany | PPS20-0471 |
| Karen L Rice | PPS20-0437 | | Stephen M Troutz | PPS20-0472 |
| Cheryl Richey | PPS20-0439 | | Clinton Turpen | PPS20-0473 |
| Terri Richards | PPS20-0106 | | Henry J Valladares Cruz | PPS20-0474 |
| Debra Rice | PPS20-0440 | | Margarita Vazquez | PPS20-0475 |
| David M Roberts | PPS20-0206 | | Robert E Vick, II | PPS20-0476 |

| | | | | |
|---|---|---|---|---|
| Bradley Votaw | PPS20-0477 | | Conni Wilson | PPS20-0131 |
| Joseph T Wachowski | PPS20-0478 | | Deborah A Wilson | PPS20-0484 |
| Ambiko Wallace | PPS20-0479 | | Jerry Wilson | PPS20-0132 |
| Vance M Warren, Sr. | PPS20-0480 | | Mitchell Wirth | PPS20-0485 |
| Barbara West | PPS20-0481 | | Debra Woodhouse | PPS20-0133 |
| Pamela K Wheetley | PPS20-0007 | | Jerry Wooten | PPS20-0487 |
| Jennifer White | PPS20-0482 | | Kimary Ann Zappia | PPS20-0606 |
| Gregory Willing | PPS20-0130 | | | |

DATE: _____

_____
Judge or Circuit Clerk

Electronically Filed - Jackson - Independence - May 13, 2020 - 01:33 PM

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT INDEPENDENCE

| | | |
|---|---|---|
| BENJAMIN A. CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. |
| | ) | Division |
| FEDEX GROUND PACKING | ) | |
| SYSTEMS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## REQUEST AND SERVICE INSTRUCTION FORM

To:     Clerk of the Circuit Court

Please issue SUMMONS and PETITION in this action for James Petrik, whose address for service is 2316 Sumter Court, Leavenworth, Kansas 66048.

Service is requested as indicated:

Service through private process server HPS Process & Investigations, other than by certified mail.

Respectfully submitted:

KANSAS CITY ACCIDENT INJURY ATTORNEYS

*/s/ James E. Brady, III*
_____
James M. Roswold, MO Bar No. 41053
James E. Brady, III, MO Bar No. 62310
510 Walnut Street, Suite 100
Kansas City, Missouri 64106
(816) 471-5111
Fax: (816) 359-3163
*james@kcaccidentattorneys.com*
*jim@kcaccidentattorneys.com*
ATTORNEYS FOR PLAINTIFF

Electronically Filed - Jackson - Independence - May 13, 2020 - 01:33 PM

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT INDEPENDENCE

| | | |
|---|---|---|
| BENJAMIN A. CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. |
| | ) | Division |
| FEDEX GROUND PACKING | ) | |
| SYSTEMS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**REQUEST AND SERVICE INSTRUCTION FORM**

To:     Clerk of the Circuit Court

Please issue SUMMONS and PETITION in this action for FedEx Ground Packaging Systems, Inc., whose address for service is The Corporation Company, Registered Agent, 120 S. Central Avenue, Clayton, MO 63105.

Service is requested as indicated:

Service through private process server HPS Process & Investigations, other than by certified mail.

Respectfully submitted:

KANSAS CITY ACCIDENT INJURY ATTORNEYS

/s/ James E. Brady, III
_____
James M. Roswold, MO Bar No. 41053
James E. Brady, III, MO Bar No. 62310
510 Walnut Street, Suite 100
Kansas City, Missouri 64106
(816) 471-5111
Fax: (816) 359-3163
james@kcaccidentattorneys.com
jim@kcaccidentattorneys.com
ATTORNEYS FOR PLAINTIFF



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>KENNETH R GARRETT III | Case Number: 2016-CV11902 |
|---|---|
| Plaintiff/Petitioner:<br>BENJAMIN A CLARK<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>JAMES E BRADY III<br>510 WALNUT ST.<br>#100<br>KANSAS CITY, MO 64106 |
| Defendant/Respondent:<br>FEDEX GROUND PACKAGING SYSTEMS INC | Court Address:<br>308 W Kansas<br>INDEPENDENCE, MO 64050 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: **JAMES PETRIK**
Alias:

**2316 SUMTER COURT
LEAVENWORTH, KS 66048**

## PRIVATE PROCESS SERVER

*COURT SEAL OF*

*JACKSON COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

14-MAY-2020
_____
Date

_____
Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____, a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other (describe) _____ .

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Subscribed and Sworn To** me before this _____ (day) _____ (month) _____ (year)
I am: (check one) ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

*(Seal)*

_____
Signature and Title

**Service Fees, if applicable**
Summons        $_____
Non Est          $_____
Mileage        $_____ ( _____ miles @ $ _____ per mile )
**Total**          $_____

**See the following page for directions to clerk and to officer making return on service of summons.**

OSCA (8/2018) SM60 (JAKSMOS) *For Court Use Only:* **Document ID# 20-SMOS-347** 1 of 2     **(2016-CV11902)**
Rules 54.06, 54.07, 54.14, 54.20; 506.500, 506.510 RSMo

Case 4:20-cv-00517-BCW   Document 1-1   Filed 06/26/20   Page 19 of 29

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each Defendant/Respondent. If any Defendant/Respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the Defendant's/Respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the Defendant/Respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than ten days nor more than 30 days from the date the Defendant/Respondent is to appear in court. The return should be made promptly and in any event so that it will reach the Missouri Court within 30 days after service.

OSCA (8/2018) SM60 (JAKSMOS) *For Court Use Only*: **Document ID# 20-SMOS-347**   2  of  2        **(2016-CV11902)**
Rules 54.06, 54.07, 54.14, 54.20; 506.500, 506.510 RSMo

Case 4:20-cv-00517-BCW   Document 1-1   Filed 06/26/20   Page 20 of 29

## SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.


Circuit Court of Jackson County



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>KENNETH R GARRETT III | Case Number: 2016-CV11902 |
|---|---|
| Plaintiff/Petitioner:<br>BENJAMIN A CLARK | Plaintiff's/Petitioner's Attorney/Address<br>JAMES E BRADY III<br>510 WALNUT ST.<br>#100<br>KANSAS CITY, MO 64106 |
| vs. | |
| Defendant/Respondent:<br>FEDEX GROUND PACKAGING SYSTEMS INC | Court Address:<br>308 W Kansas<br>INDEPENDENCE, MO 64050 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** FEDEX GROUND PACKAGING SYSTEMS INC
**Alias:**

THE CORPORATION COMPANY
120 S. CENTRAL AVENUE
CLAYTON, MO 63105

**PRIVATE PROCESS SERVER**

*COURT SEAL OF*

*CIRCUIT COURT OF MISSOURI*

*JACKSON COUNTY*

   You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

14-MAY-2020
Date

_____
Clerk

Further Information:

---

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____(title).
☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____      _____
Printed Name of Sheriff or Server                         Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____      _____
                                            Date                                            Notary Public

---

**Sheriff's Fees**
| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $    10.00 | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7/2018) SM30 (JAKSMCC) *For Court Use Only:* **Document Id # 20-SMCC-3982**   1  of  1 Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

## SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.


Circuit Court of Jackson County

Electronically Filed - Jackson - Independence - May 13, 2020 - 01:33 PM

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT INDEPENDENCE

| | | |
|---|---|---|
| BENJAMIN A. CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. |
| | ) | Division |
| FEDEX GROUND PACKING | ) | |
| SYSTEMS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER FOR APPOINTMENT OF PRIVATE PROCESS SERVER**

It is hereby ordered that Plaintiff's Motion for Appointment of Private Process Server is sustained and the above named individuals are hereby appointed to serve process in the above captioned matter.

| Name | PPS | Name | PPS |
|---|---|---|---|
| Will Acree | PPS20-0275 | Steve Butcher | PPS20-0581 |
| Jan Adams | PPS20-0276 | William Caputo | PPS20-0299 |
| Roger Adams | PPS20-0277 | Kyle Carter | PPS20-0023 |
| Randy Adkins | PPS20-0225 | Charles Casey | PPS20-0300 |
| Bobby Ali | PPS20-0278 | George Castillo | PPS20-0301 |
| Gregory Allen | PPS20-0279 | Fidel A Cervantes | PPS20-0302 |
| Victor Aponte | PPS20-0280 | Trenia Cherry | PPS20-0303 |
| | | Joyce Clemmons | PPS20-0304 |
| Brandon Aschenbrenner | PPS20-0281 | John Clor | PPS20-0305 |
| Julia Ascorra | PPS20-0282 | Kathleen Clor | PPS20-0306 |
| Teresa Bailly | PPS20-0283 | Chad Compton | PPS20-0307 |
| Joseph Baska | PPS20-0284 | Kenneth V Condrey | PPS20-0308 |
| Robert Bassler | PPS20-0578 | Sharon R Condrey | PPS20-0309 |
| Carrington Bell | PPS20-0012 | Theodore Cordasco | PPS20-0310 |
| George Bell | PPS20-0286 | Cesar Corral | PPS20-0311 |
| Carlos Bialet | PPS20-0579 | George H Covert | PPS20-0312 |
| Dianna Blea | PPS20-0287 | Dennis Dahlberg | PPS20-0026 |
| Richard J Blea | PPS20-0288 | Mary Dahlberg | PPS20-0027 |
| Robert Blixt | PPS20-0289 | Patricia Dambach-Cirko | PPS20-0313 |
| Brent Bohnhoff | PPS20-0014 | Bert Daniels, Jr. | PPS20-0028 |
| Ann Bollino | PPS20-0291 | Alterck Davenport | PPS20-0314 |
| Donnie C Briley | PPS20-0292 | Richard Davis | PPS20-0029 |
| Kathy Broom | PPS20-0293 | Duane D Day | PPS20-0315 |
| Kenneth Brown | PPS20-0294 | Gerald R Deadwyles | PPS20-0316 |
| Douglas S Brower | PPS20-0580 | Bryce Dearborn | PPS20-0317 |
| Hester Bryant | PPS20-0019 | Robert DeLacy, Jr. | PPS20-0318 |
| Nicholas Bull | PPS20-0020 | Robert E DeLacy, III | PPS20-0319 |
| James F Burke | PPS20-0296 | Kathleen Dnunno | PPS20-0320 |
| Randy Burrow | PPS20-0021 | Marrissa Doan | PPS20-0034 |
| Gory Burt | PPS20-0022 | Claudia Dohn | PPS20-0321 |
| Maurice Burton | PPS20-0298 | Dale Dorning | PPS20-0322 |

| Name | Number | Name | Number |
|---|---|---|---|
| Valentina Dorning | PPS20-0323 | James Hise | PPS20-0054 |
| Catherine Drake | PPS20-0324 | Gary F Hodges | PPS20-0363 |
| Alex Duaine | PPS20-0325 | Alex Holland | PPS20-0057 |
| Roland Duff | PPS20-0326 | Leonard Horseman | PPS20-0364 |
| Rochelle D Earthrise | PPS20-0327 | Ulonda Howard | PPS20-0365 |
| Daniel Eberle | PPS20-0328 | Martin Hueckel | PPS20-0366 |
| Shawn Edwards | PPS20-0035 | Damion Hugher | PPS20-0367 |
| Jessica Ellison | PPS20-0330 | William Humble | PPS20-0590 |
| Abel Emiru | PPS20-0331 | Mary Hurley | PPS20-0058 |
| Donald C Eskra, Jr. | PPS20-0332 | George Illidge | PPS20-0368 |
| Leticia Estrada | PPS20-0333 | Frank James | PPS20-0369 |
| David S Felter | PPS20-0334 | Matthew Jankowski | PPS20-0370 |
| William Ferrell | PPS20-0037 | Betty Johnson | PPS20-0059 |
| Robert Finley | PPS20-0335 | Edward Johnson | PPS20-0060 |
| Stephen Folcher | PPS20-0336 | James Johnson | PPS20-0061 |
| Ryan D Fortune | PPS20-0337 | Jordan Johnson | PPS20-0372 |
| Chris Fowler | PPS20-0338 | Justin L Johnson | PPS20-0373 |
| James Frago | PPS20-0038 | Randy Johnson | PPS20-0374 |
| John Frago | PPS20-0039 | Samuel Johnson | PPS20-0375 |
| Kelsey Garrett | PPS20-0582 | Haile Kahssu | PPS20-0376 |
| Thomas Garrett | PPS20-0339 | Kenneth Kearney | PPS20-0377 |
| Andrew Garza | PPS20-0041 | Michael Keating | PPS20-0378 |
| Charles Gay | PPS20-0340 | Christopher Keilbart | PPS20-0591 |
| Richard Gerber | PPS20-0341 | Elizabeth A Kidd | PPS20-0379 |
| Louis Gerrick | PPS20-0342 | Donna Jo King | PPS20-0371 |
| Paul Gizel | PPS20-0343 | Kenneth Klewicki | PPS20-0380 |
| Ronda Godard | PPS20-0344 | George Kotsiras | PPS20-0592 |
| Adam Golden | PPS20-0345 | Wyman Kroft | PPS20-0381 |
| Bradley Gordon | PPS20-0042 | Jo Ann Lane | PPS20-0382 |
| Tom Gorgone | PPS20-0044 | Linda Langville | PPS20-0593 |
| Paul O Grimes | PPS20-0348 | Eric B Layton | PPS20-0383 |
| Charles Gunning | PPS20-0046 | Kristie Lewis | PPS20-0384 |
| Aloysivs Guy, Sr. | PPS20-0583 | John D Lichtenegger | PPS20-0385 |
| David Hahn | PPS20-0584 | Bert Lott | PPS20-0386 |
| Eric Hahn | PPS20-0585 | Robert Lutren | PPS20-0387 |
| Stefanie Hahn | PPS20-0586 | Daniel Maglothin | PPS20-0069 |
| Darnell Hamilton | PPS20-0143 | Matthews J Manlich | PPS20-0388 |
| Kimberly Hamilton | PPS20-0351 | Robert Manning | PPS20-0389 |
| Natalie Hawks | PPS20-0050 | Deborah Martin | PPS20-0072 |
| Larry Haynes | PPS20-0352 | Michael Martin | PPS20-0073 |
| Douglas Hays | PPS20-0051 | Ryan Martin | PPS20-0193 |
| Grace Hazell | PPS20-0353 | Susie Martin | PPS20-0390 |
| Richard Heimerich, Jr. | PPS20-0354 | Thomas Matthews | PPS20-0391 |
| Stephen Heitz | PPS20-0052 | Casey McKee | PPS20-0076 |
| Charles Helms | PPS20-0356 | Michael McMahon | PPS20-0392 |
| Austen Hendrickson | PPS20-0357 | Michael Meade | PPS20-0393 |
| Jonathan Hennings | PPS20-0358 | Michael Meador | PPS20-0077 |
| Jesse J Hernandez | PPS20-0359 | Kenny Medlin | PPS20-0078 |
| Michael Hibler | PPS20-0360 | Arsalan Memon | PPS20-0396 |
| Anthony Hickey | PPS20-0361 | Ele Mendenhall | PPS20-0397 |
| Cherrod T Hindsman | PPS20-0362 | Jenna Mendoza | PPS20-0398 |

| | | | | |
|---|---|---|---|---|
| Matthew Millhollin | PPS20-0081 | | Patricia Roberts | PPS20-0207 |
| Carla M Monehain | PPS20-0400 | | Jeroy Robinson | PPS20-0441 |
| Carlos Moreno | PPS20-0401 | | Sammie Robinson | PPS20-0108 |
| Michael S Morrison | PPS20-0402 | | Adrienne Rodriguez | PPS20-0442 |
| Zachary P. Mueller | PPS20-0596 | | Gabriel Rodriguez | PPS20-0443 |
| Kelly Murski | PPS20-0403 | | Mateo F Rodriguez | PPS20-0444 |
| Andrew Myers | PPS20-0087 | | Richard C Ross | PPS20-0445 |
| Frederick Myers | PPS20-0088 | | Melissa Ruiz | PPS20-0446 |
| James Myers | PPS20-0089 | | Antonio Ruque | PPS20-0447 |
| Stephanie Myers | PPS20-0090 | | Geena Christine Rupp | PPS20-0599 |
| Paul Nardizzi | PPS20-0404 | | Edna Russell | PPS20-0110 |
| Wendy Neff | PPS20-0405 | | Lee H Russell | PPS20-0448 |
| Christopher New | PPS20-0091 | | Mark A Russell | PPS20-0449 |
| Jillian Newkirk | PPS20-0406 | | John Sadler | PPS20-0450 |
| Jeremy Nicholas | PPS20-0092 | | Ligno Sanchez | PPS20-0451 |
| Michael Noble | PPS20-0093 | | Virginia Saxon-Ford | PPS20-0452 |
| Michael C Nolon | PPS20-0409 | | Greg Schermerhorn | PPS20-0453 |
| Colter Norris | PPS20-0410 | | Brenda Schiwitz | PPS20-0111 |
| Dennis Norris | PPS20-0411 | | Michael Schuller | PPS20-0454 |
| Kody Norris | PPS20-0412 | | Nathaniel Scott | PPS20-0455 |
| Trinity Olson | PPS20-0413 | | Grant Selvey | PPS20-0600 |
| Craig Palmer | PPS20-0414 | | Quratulain Shoukat | PPS20-0456 |
| Cynthia Paris | PPS20-0415 | | Jeremy Small | PPS20-0457 |
| Douglas W Patterson | PPS20-0416 | | Monica Smith | PPS20-0458 |
| Antonio Perez | PPS20-0417 | | Anthony Spada | PPS20-0459 |
| Jaron Perkins | PPS20-0418 | | Melissa Spencer | PPS20-0460 |
| Anha Pham | PPS20-0419 | | Jamie Stallo | PPS20-0461 |
| Thai Pham | PPS20-0420 | | Marc A Starks | PPS20-0462 |
| Bonnie Phillippi | PPS20-0597 | | Barbara Steil | PPS20-0463 |
| Gregory Piazza | PPS20-0421 | | Kelvin Stinyard | PPS20-0464 |
| Vincent A Piazza | PPS20-0422 | | Randy Stone | PPS20-0117 |
| Brian T Pierce | PPS20-0423 | | Sonja Stone | PPS20-0118 |
| Timothy Pinney | PPS20-0424 | | Steven Stosur | PPS20-0465 |
| Joshua Pitts | PPS20-0425 | | Robert T Stover | PPS20-0006 |
| Craig Podgurski | PPS20-0598 | | Jeanie Straessler | PPS20-0466 |
| Rocellious Pope | PPS20-0426 | | Chance Strawser | PPS20-0467 |
| Nancy A Porter | PPS20-0427 | | David Taliaferro | PPS20-0119 |
| Andre Powell | PPS20-0428 | | Ramona Rose Talvacchio | PPS20-0468 |
| Benjamin Purses | PPS20-0429 | | Katherina M Tan | PPS20-0469 |
| Richard Ramirez | PPS20-0430 | | Berhane Tassaw | PPS20-0470 |
| Charles Reardon | PPS20-0431 | | Michael Taylor | PPS20-0120 |
| Derek L Reddick | PPS20-0432 | | Courtney S. Thiemann | PPS20-0601 |
| Angela Reed | PPS20-0433 | | Robert Hayes Thomas | PPS20-0602 |
| Christopher Reed | PPS20-0434 | | Walter Thomas | PPS20-0603 |
| Edward Reed | PPS20-0435 | | William Wyatt Thomas | PPS20-0604 |
| Betty G Rice | PPS20-0436 | | Christina Tiffany | PPS20-0471 |
| Karen L Rice | PPS20-0437 | | Stephen M Troutz | PPS20-0472 |
| Cheryl Richey | PPS20-0439 | | Clinton Turpen | PPS20-0473 |
| Terri Richards | PPS20-0106 | | Henry J Valladares Cruz | PPS20-0474 |
| Debra Roberts | PPS20-0440 | | Margarita Vazquez | PPS20-0475 |
| David M Roberts | PPS20-0206 | | Robert E Vick, II | PPS20-0476 |

Electronically Filed - Jackson - Independence - May 13, 2020 - 01:33 PM

| Bradley Votaw | PPS20-0477 |
|---|---|
| Joseph T Wachowski | PPS20-0478 |
| Ambiko Wallace | PPS20-0479 |
| Vance M Warren, Sr. | PPS20-0480 |
| Barbara West | PPS20-0481 |
| Pamela K Wheetley | PPS20-0007 |
| Jennifer White | PPS20-0482 |
| Gregory Willing | PPS20-0130 |

| Conni Wilson | PPS20-0131 |
|---|---|
| Deborah A Wilson | PPS20-0484 |
| Jerry Wilson | PPS20-0132 |
| Mitchell Wirth | PPS20-0485 |
| Debra Woodhouse | PPS20-0133 |
| Jerry Wooten | PPS20-0487 |
| Kimary Ann Zappia | PPS20-0606 |

DATE: __14-May-2020__

DEPUTY COURT ADMINISTRATOR

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT INDEPENDENCE

**BENJAMIN A CLARK,**

                             **PLAINTIFF(S),**                      **CASE NO. 2016-CV11902**

**VS.**                                                        **DIVISION 2**

**FEDEX GROUND PACKAGING SYSTEMS INC,**

                      **DEFENDANT(S).**

## NOTICE OF CASE MANAGEMENT CONFERENCE FOR CIVIL CASE
## AND ORDER FOR MEDIATION

_____

      NOTICE IS HEREBY GIVEN that a Case Management Conference will be held with the Honorable **KENNETH R GARRETT III** on **31-AUG-2020** in **DIVISION 2** at **08:30 AM**. All Applications for Continuance of a Case Management Conference should be filed on or before Wednesday of the week prior to the case management setting. Applications for Continuance of a Case Management Conference shall comply with Supreme Court Rule and 16th Cir. R. 34.1. Continuance of a Case Management Conference will only be granted for good cause shown because it is the desire of the Court to meet with counsel and parties in all cases within the first 4 months that a case has been on file. All counsel and parties are directed to check Case.NET on the 16th Judicial Circuit web site at www.16thcircuit.org after filing an application for continuance to determine whether or not it has been granted.

      A lead attorney of record must be designated for each party as required by Local Rule 3.5.1. A separate pleading designating the lead attorney of record shall be filed by each party as described in Local Rule 3.5.2. The parties are advised that if they do not file a separate pleading designating lead counsel, even in situations where there is only one attorney representing the party, JIS will not be updated by civil records department, and copies of orders will be sent to the address currently shown in JIS. Civil Records does not update attorney information from answers or other pleadings. The Designation of Lead Attorney pleading shall contain the name of lead counsel, firm name, mailing address, phone number, FAX number and E-mail address of the attorney who is lead counsel.

      At the Case Management Conference, counsel should be prepared to address at least the following:

    a.      A trial setting;

    b.      Expert Witness Disclosure Cutoff Date;

    c.      A schedule for the orderly preparation of the case for trial;

    d.      Any issues which require input or action by the Court;

    e.      The status of settlement negotiations.

Case 4:20-cv-00517-BCW   Document 1-1   Filed 06/26/20   Page 28 of 29

## MEDIATION

The parties are ordered to participate in mediation pursuant to Supreme Court Rule 17. Mediation shall be completed within 10 months after the date the case if filed for complex cases, and 6 months after the date the case is filed for other circuit cases, unless otherwise ordered by the Court. Each party shall personally appear at the mediation and participate in the process. In the event a party does not have the authority to enter into a settlement, then a representative of the entity that does have actual authority to enter into a settlement on behalf of the party shall also personally attend the mediations with the party.

The parties shall confer and select a mutually agreeable person to act as mediator in this case. If the parties are unable to agree on a mediator the court will appoint a mediator at the Case Management Conference.

Each party shall pay their respective pro-rata cost of the mediation directly to the mediator.

## POLICIES/PROCEDURES

Please refer to the Court's web page www.16thcircuit.org for division policies and procedural information listed by each judge.

<u>/S/ KENNETH R GARRETT III</u>
KENNETH R GARRETT III**, Circuit Judge**

Certificate of Service

This is to certify that a copy of the foregoing was electronic noticed, faxed, emailed and/or mailed or hand delivered to the plaintiff with the delivery of the file-stamped copy of the petition. It is further certified that a copy of the foregoing will be served with the summons on each defendant named in this action.

Attorney for Plaintiff(s):
JAMES MICHAEL ROSWOLD, 510 WALNUT ST, #100, KANSAS CITY, MO 64106

JAMES E BRADY, 510 WALNUT ST., #100, KANSAS CITY, MO 64106

Defendant(s):
 FEDEX GROUND PACKAGING SYSTEMS INC
JAMES PETRIK

 Dated:  14-MAY-2020

MARY A. MARQUEZ
Court Administrator